UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ELISEO LIMA LUCERO, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 18-0515 (RC) |
| | : | | |
| v. | : | Re Document No.: | 20 |
| | : | | |
| PARKINSON CONSTRUCTION COMPANY, INC. *and* NIGEL PARKINSON | : : : | | |
| | : | | |
| Defendants. | : | | |

## FINAL JUDGMENT

Upon consideration of Plaintiff Eliseo Lima Lucero's Notice of Acceptance of Offer of Judgment (ECF No. 20), and Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment in favor of Plaintiff. It is hereby **ORDERED** that Defendants Parkinson Construction Company, Inc. and Nigel Parkinson are jointly and severally liable to Plaintiff for the sum of $16,000.00 (sixteen thousand dollars). It is **FURTHER ORDERED** that this shall be the total amount paid by Defendants for any liability claimed in this action, except for attorney's fees to be determined later by the Court. Plaintiff shall file any motion for attorney's fees on or before January 10, 2019. *See* Fed R. Civ. P. 54(d)(2)(B); LCvR 54.2. Finally, it is **FURTHER ORDERED** that all pending motions are denied as moot.

**THIS IS A FINAL APPEALABLE ORDER. SO ORDERED**.

Dated: December 11, 2018

RUDOLPH CONTRERAS
United States District Judge