# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELISEO LIMA LUCERO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARKINSON CONSTRUCTION ) <br> COMPANY, INC., ET AL., ) <br> ) <br> Defendant. ) | Case Number 18-0515 (RC) |

## NOTICE OF APPEAL

Notice is hereby given that Parkinson Construction Company, Inc. and Nigel Parkinson, ("Defendants") by and through their undersigned attorney, hereby appeal the final judgment granting Eliseo Lima Lucero, ("Plaintiff") attorneys' fees entered in this action on July 1, 2019 by Order of Judge Rudolph Contreras.

Respectfully Submitted,

**BYRD & BYRD, LLC**

Date:  July 23, 2019

/s/
_____
Timothy P. Leahy, Bar No. 472964
14300 Gallant Fox Lane, Suite 120
Bowie, MD 20715
(301) 464-7448 Ext. 105
(301) 805-5178
Tleahy@byrdandbyrd.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 23, 2019 a copy of the forgoing was emailed, served through the Court's E-filing/Service system, and/or mailed first class postage prepaid to:

Justin Zelikovitz, Esquire
Jonathan Tucker, Esquire
DCWageLaw
519 H Street, NW
Washington, DC  20001
(P) (202) 803-6083
(F) (202) 683-6102
justin@dcwagelaw.com
jt@dcwagelaw.com

/s/
_____
Timothy P. Leahy, Esq., Bar No. 472964