

## PREMIER BANK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELISEO LIMA LUCERO,                                    PLAINTIFF,

VS                    CIVIL ACTION NO: 18-00515-RC

NIGEL PARKINSON,                                       DEFENDANT

ANSWER TO WRIT OF ATTACHEMENT

In response to the above styled garnishment, the GARNISHEE answers as follows:

The GARNISHEE, *Premier Bank, Inc.* does not have any accounts under the above named defendant.

_____
(BANK OFFICIAL)

TAKEN, SUBSCRIBED AND SWORN TO BEFORE ME THIS __15__ DAY OF Aug 2019.

_____
NOTARY PUBLIC

cc: lawyer/court

[Notary Seal: OFFICIAL SEAL NOTARY PUBLIC STATE OF WEST VIRGINIA Marcy B. Meadows, Premier Bank, Inc., PO Box 7 - 300 State St., Madison, WV 25130, My Commission Expires Aug. 21, 2025]

[Stamp: RECEIVED Mail Room AUG 19 2019 Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia]

SOUTHERN WEST VIRGINIA DIVISION
300 STATE STREET, MADISON, WV 25130 | PH: 304.369.2407 | TOLL FREE: 855.469.2407 | WWW.PREMIERBANKINC.COM

Case 1:18-cv-00515-RC   Document 38   Filed 08/07/19   Page 1 of 4

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Eliseo Lima Lucero                                       Nigel Parkinson
Plaintiff(s)                    vs                       Defendant(s)

CIVIL ACTION NO. 18-00515-RC
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  Premier Bank, Inc.; 1501 K Street NW, Washington, DC 20005

_____ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on __July 1, 2019__ in the amount of __Sixteen Thousand Dollars and zero cents__ ($ 16,000.00) and the costs amounting to $ __86,087.82__ with interest at _____-----_____ % from __-----__ less credits of $ __0.00__.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, UNDER PENALTY OF PERJURY, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this __7th__ day of __August__, __2019__.

Angela D. Caesar, Clerk

By  /s/ Tonya T. Hightower
    Deputy Clerk

Justin Zelikovitz, Esq.
Attorney for Plaintiff
DCWAGELAW

519 H Street NW

Washington, DC 20001, 202-803-6083
Address & Telephone Number

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
    ANSWER  N/A

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
    ANSWER  N/A no personal accounts found

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: 08/14/2019

_____
Garnishee



# PREMIER BANK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELISEO LIMA LUCERO,                  PLANTIFF,

            VS.     CIVIL ACTIONS NO.18-00515-RC

PARKINSON CONSTRUCTION CO INC,        DEFENDANT,

ANSWER TO GARNISHMENT

In response to the above styled garnishment, the GARNISHEE, *Premier Bank, Inc.* answers as follows:

The GARNISHEE, *Premier Bank, Inc.*, does currently have account(s) in the above listed name in the amount of $512.49. However these funds will not be released unless an order requesting them is received.

_____
(BANK OFFICIAL)

Taken, subscribed and sworn to before me this __15__ day of __Aug__, 20__19__.

My commission as a Notary Public will expire on the __21__ day of __Aug__, 20__20__

_____
Notary Public

CC: lawyer, court

[Notary seal: OFFICIAL SEAL NOTARY PUBLIC STATE OF WEST VIRGINIA, Nancy B. Meadows, Premier Bank, Inc., PO Box 7 - 300 State St, Madison, WV 25130, My Commission Expires Aug. 21, 2020]

[Stamp: RECEIVED Mail Room AUG 19 2019 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia]

**SOUTHERN WEST VIRGINIA DIVISION**
300 STATE STREET, MADISON, WV 25130 | PH: 304.369.2407 | TOLL FREE: 855.469.2407 | WWW.PREMIERBANKINC.COM

Case 1:18-cv-00515-RC   Document 38   Filed 08/07/19   Page 3 of 4

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Eliseo Lima Lucero                                    Parkinson Construction Co., Inc.
_____                               _____
Plaintiff(s)                        vs                Defendant(s)

CIVIL ACTION NO. 18-00515-RC
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS.

To  Premier Bank, Inc.; 1501 K Street NW, Washington, DC 20005
_____

_____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on __July 1, 2019__ in the amount of __Sixteen Thousand Dollars and zero cents__ ($ 16,000.00 ) and the costs amounting to $ __86,087.82__ with interest at _____ % from _____ less credits of $ __0.00__.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>

Witness the Honorable Chief Judge of said Court, this __7th__ day of __August__, 2019.

Angela D. Caesar, Clerk

By __/s/ Tonya T. Hightower__
       Deputy Clerk

Justin Zelikovitz, Esq.
_____
Attorney for Plaintiff
DCWAGELAW

519 H Street NW
_____

Washington, DC 20001, 202-803-6083
_____
Address & Telephone Number

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
   ANSWER __N/A__

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
   ANSWER __Account balances for two accounts that total $512.49__

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: __08/14/2019__                                   _____
                                                              Garnishee



**PREMIER BANK**
BOONE DIVISION

P.O. BOX 7, MADISON, WV 25130



US POSTAGE
$000.65⁰
First-Class
ZIP 25130
08/15/2019
034A 0081800337

The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

2000132837 C003