# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZX212780110599580

**Weight**

1.00 LBS

**Service**

UPS Next Day Air®

**Shipped / Billed On**

08/10/2019

**Delivered On**

08/13/2019 2:50 P.M.

**Delivered To**

MADISON, WV, US

**Received By**

WALKER

**Left At**

Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 09/23/2019 3:32 P.M. EST



In (https://www.ups.com/lasso/login?loc=en_US&returnto=https%3A%2F%2Fwww.ups.com%2Ftrack%3Floc%3Den_US%2Fredirect)

Sign Up (https://www.ups.com/doapp/SignUp?loc=en_US&returnto=https%3A%2F%2Fwww.ups.com%2Ftrack%3Floc%3Den_US%2Fredirect)

QUICK START

Locations (https://www.ups.com/dropoff?loc=en_US)    |    🌐 United States - English ⌄    |

My Profile

## Tracking Details

1ZX212780110599580

**Updated:** 09/18/2019 11:29 A.M. EST

# Delivered

○                                                                                                     ✓

**Delivered On**

## Tuesday
## 08/13/2019

**Delivery Time**

## at 2:50 P.M.

Send Updates

**Delivered To**
MADISON, WV, US

**Left At:** Front Desk

**Received By:** WALKER

Proof of Delivery

We care about the security of your package. Log in () to get more details about your delivery.

Ask UPS

## Shipment Progress

| | | Date | Location |
|---|---|---|---|
| ✓ | **Delivered** | 08/13/2019 2:50 P.M. | **MADISON, WV, US** |
| ○ | Out for Delivery | 08/13/2019 9:32 A.M. | Chauncey, WV, United States |
| ○ | Shipped | 08/12/2019 6:34 P.M. | St. Cloud, MN, United States |
| ○ | Label Created | 08/10/2019 5:58 A.M. | United States |

## Shipment Details

**Service**
UPS Next Day Air®
(https://www.ups.com/content/us/en/shipping/time/service/next_day.html)

**Weight**
1.00 LBS

Show More +

### Track

Help

Ask UPS