# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-7076**                                      **September Term, 2019**

1:18-cv-00515-RC

**Filed On: January 8, 2020** [1823225]

Eliseo Lima Lucero,

      Appellee

    v.

Parkinson Construction Company, Inc.,
doing business as Parkinson Construction
and Nigel Parkinson,

      Appellants

## M A N D A T E

In accordance with the order of November 25, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

BY:   /s/
          Daniel J. Reidy
          Deputy Clerk

Link to the order filed November 25, 2019