# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-7076**                                    September Term, 2019

1:18-cv-00515-RC

Filed On: November 25, 2019 [1817429]

Eliseo Lima Lucero,

      Appellee

      v.

Parkinson Construction Company, Inc.,
doing business as Parkinson Construction
and Nigel Parkinson,

      Appellants

## O R D E R

By order filed September 25, 2019, appellant was directed to show cause by October 25, 2019, why this appeal should not be dismissed for lack of prosecution. To date, no response has been received from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by December 26, 2019.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk